559 Pa. 415 (1999)
741 A.2d 195
Esty ARDUINO, Appellant,
v.
BOROUGH OF DUNMORE, Appellee.
Supreme Court of Pennsylvania.
Argued November 16, 1999.
Decided December 10, 1999.
Christopher P. Cullen, Dunmore, for Esty Arduino.
Robert C. Cordaro, Terrence J. McDonald, Dunmore, for Borough of Dunmore.
Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

ORDER
PER CURIAM:
Appeal dismissed as having been improvidently granted.
Justices CAPPY, CASTILLE and NIGRO dissent.